PD-1452-15

PD-1452-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/6/2015 8:29:26 AM
Accepted 11/9/2015 3:51:34 PM
ABEL ACOSTA
CLERK

NO. _____

# IN THE
## COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. 13-13-00496-CR

### IN THE COURT OF APPEALS

### FOR THE

### THIRTEENTH JUDICIAL DISTRICT OF TEXAS

### CORPUS CHRISTI, TEXAS

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **APPELLANT** |
| | § | |
| **V.** | § | |
| | § | |
| **BRITTANY WYATT** | § | **APPELLEE** |

### APPEAL FROM COUNTY COURT AT LAW NO. 3
### NUECES COUNTY, TEXAS

### APPELLEE'S MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEES PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES, BRITTANY WYATT,** Appellee in the above entitled and numbered cause, by and through her attorney of record, W. TROY McKINNEY, and submits this Motion for Extension of Time to file Appellee's Petition for Discretionary Review until December 7, 2017. For good cause, Appellee shows as

1

follows.

1.     This Court issued its opinion on June 4, 2015. On July 20, 2015, Appellee's motion for rehearing was filed and it was overruled on October 6, 2015. This petition for discretionary review is due to be filed on or about November 5, 2015. This is Appellee's first request for an extension of time to file Appellee's Petition for Discretionary Review.

2.     The last thirty days, Appellee's counsel has been in trial, had an extremely heavy court docket in Harris County, Texas, and several out of town court settings.

3.     Furthermore, Appellee's counsel was in Oklahoma City and Corpus Christi speaking at seminars.

4.     This Motion is not made for delay, but to see that justice is done.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellee prays that the deadline for filing of Appellee's Petition for Discretionary be extended to December 7, 2015.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

/w/ *Troy McKinney*

W. Troy. McKinney
T.B.C. No. 13725020
440 Louisiana
Suite 800
Houston, Texas 77002
713-951-9994
FAX 713-224-6008
Email: wtmhousto@aol.com

ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on Williams Ainsworth, Assistant District Attorney, 901 Leopard, Room 206, Corpus Christi, Texas 78401.

/s/ *W. Troy McKinney*

W. Troy McKinney